1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Joshua C. Alcazar

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JOSHUA C. ALCAZAR,              )  Case No.: 2:12-cv-04494-PSG-AGR
                                    )
12          Plaintiff,              )  ORDER AWARDING EQUAL
                                    )  ACCESS TO JUSTICE ACT
13      vs.                         )  ATTORNEY FEES AND EXPENSES
                                    )  PURSUANT TO 28 U.S.C. § 2412(d)
14  CAROLYN W. COLVIN,[1] Acting    )  AND COSTS PURSUANT TO 28
    Commissioner of Social Security,)  U.S.C. § 1920
15                                  )
            Defendant               )
16  _____    )

17
         Based upon the parties' Stipulation for the Award and Payment of Equal
18
    Access to Justice Act Fees, Costs, and Expenses:
19

20

21

22  ―――――――――――――

23  [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on
    February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil
24  Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner
    Michael J. Astrue as Defendant in this suit. No further action need be taken to
25  continue this suit by reason of the last sentence of section 205(g) of the Social
    Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting
26  Commissioner as the Commissioner.

1       IT IS ORDERED that fees and expenses in the amount of $2,700 as
2 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

3 DATE:  March 13, 2013

4 _____
5 THE HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3     /s/ Brian C. Shapiro
  _____
4  Brian C. Shapiro
Attorney for plaintiff Joshua C. Alcazar